**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Amy M. Acquaviva            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-11387 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                           Respectfully submitted,

                                   /s/ *Rebecca Solarz*
                                   Rebecca Solarz
                                   20 May 2021, 16:58:35, EDT

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322