# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 21-11387-ELF

AMY M ACQUAVIVA

2322 NORTH GILINGER ROAD

LAFAYETTE HILL, PA 19444

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    AMY M ACQUAVIVA

    2322 NORTH GILINGER ROAD

    LAFAYETTE HILL, PA 19444

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 9/30/2021

                                                      /S/ William C. Miller
                                                      _____
                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee