IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
| --- | --- | --- |
| Amy M. Acquaviva | : | |
| | : | Case No.: 21-11387-ELF |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., hereby certify that on November 3, 2021 a true and correct copy of the <u>Order Dismissing the Chapter 13 Case and Retaining Jurisdiction</u> dated <u>November 3, 2021</u> was served by electronic delivery or Regular US Mail to the Debtor, secured and priority creditors, the Trustee and all other directly affected creditors per the address provided on their Proof of Claims. If said creditor(s) did not file a proof of claim, then the address on the listed on the Debtor's credit report will be used for service.

<u>Date:</u>  <u>November 3, 2021</u>                                                                               ***/s/ Brad J. Sadek***
                                                                                                                Brad J. Sadek, Esq.
                                                                                                                Attorney for Debtor(s)
                                                                                                                Sadek & Cooper Law Offices
                                                                                                                1315 Walnut Street – Suite 502
                                                                                                                Philadelphia, PA 19107
                                                                                                                215-545-0008
                                                                                                                brad@sadeklaw.com