IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|     Amy M. Acquaviva | : | Chapter 13 |
| | : | Case No.: 21-11387-ELF |
|     Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed and respectfully request that an Order be entered in this matter.

Dated: November 17, 2021

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, Pa 19107
215-545-0008